UNITED STATES DISTRICT COURT
~~SOUTHERN~~ EASTERN DISTRICT OF NEW YORK

EASTERN

WEBSTER DRUMMOND
1500 HAZEN ST E. ELMHURST 11370
441 18 080 96

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

4TH PCT NASSAU COUNTY JAIL
POLICE DEPT MINEOLA
N.Y. 11501
# OFFICER (1) JOHN DOE
# OFFICER (2) JOHN DOE
# OFFICER (3) JOHN DOE
# OFFICER (4) JOHN DOE

CV 19-3193

COMPLAINT
under the
Civil Rights Act, 42.U.S.C. §1983
(Prisoner Complaint)
201P009175

Jury Trial: ☒ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
MAY -- 2019
PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff Name WEBSTER DRUMMOND
ID # 441 18 080 96
Current Institution N.I.C. 1500 HAZEN ST
Address EAST ELMHURST 11370
QUEENS N.Y.

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2007

1

Defendant No. 1  Name John Doe #1
Where Currently Employed 4 PCT NASSAU COUNTY  Shield #____
Address NASSAU COUNTY POLICE DEPT
MINEOLA, NEW YORK 11501

Defendant No. 2  Name John Doe #2
Where Currently Employed 4TH PCT NASSAU COUNTY  Shield #____
Address NASSAU COUNTY POLICE DEPT
MINEOLA, NEW YORK 11501

Defendant No. 3  Name John Doe #3
Where Currently Employed 4TH PCT NASSAU COUNTY  Shield #____
Address MINEOLA, NEW YORK 11501 - NASSAU COUNTY POLICE DEPT

Defendant No. 4  Name John Doe #4
Where Currently Employed 4TH PCT NASSAU COUNTY  Shield #____
Address NASSAU COUNTY POLICE DEPT

Defendant No. 5  Name ____
Where Currently Employed ____  Shield #____
Address ____

II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? 4TH PCT NASSAU COUNTY MINEOLA NY 11501

B. Where in the institution did the events giving rise to your claim(s) occur? LYNBROOK LONG ISLAND

C. What date and approximate time did the events giving rise to your claim(s) occur? October 24th 2018 3:45-4:00 pm

Rev. 05/2007

2

To:

At a Term of the Supreme Court, held in and for the County of _____, at the County Courthouse thereof, at the City of New York, on the _____ day of _____, 20____

Present: Hon. _____, Justice
SUPREME COURT STATE OF NEW YORK
COUNTY OF __NASSAU__

_____
DRUMMOND WEBSTER,
         Claimant

-against-

4TH PRECINCT DEPARTMENT, NASSAU
       The City of New York
_____

Index No.: ____
Order

    Upon the affidavit of DRUMMOND WEBSTER, sworn to the __3__ day of __April__ 20__19__, the proposed Notice of Claim against New York City, duly verified on the __3__ day of __April__ 20__19__, and upon supporting documents.

    Let the City of New York, show cause at a Special Term, Part _____, the Supreme Court, to be held in the __NASSAU__ County Supreme Court Chambers, No. _____, on the _____ day of _____ 20__19__, at 9:30 o'clock in the forenoon or as soon thereafter as counsel can be heard why an order should not be granted, pursuant to General Municipal Law §50-e(5), permitting and allowing the service of the proposed late Notice of Claim herein annexed to this application upon the City of New York, after the expiration of the statutory period for such service, and for such other and further relief as the Court deems just and proper in the premises.

    Service of the copy of this Order to Show Cause, together with the supporting papers herein referred to on either the name pursuant to CPLR 311(5), and the General Municipal Law §50-e(3), by personally delivering in CPLR 311(5) on or before the __26__ day __March__, 20__19__, shall be timely and sufficient.

Enter,

_____Webster_____
J.S.C.

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF BRONX  ) ss:

I, __DRUMMOND WEBSTER__, being duly sworn deposed and states:

That I have on the __26__ day of __March__, 20__19__, placed and submitted the original and copies of this motion to be duly mailed via the United States Postal Service, through the institutional mailroom of the __N.I.C., 1500 HAZEN STREET,__. Said moving papers were mailed to the following concerned parties:

Comptroller of the Coty of New York
Municipal Building, Room 1225S
1 Centre Street
New-York, New York 10007

Bronx County Hall of Justice
Supreme Court – Civil Division
Writ Court Clerk
265 East 161st Street
Bronx, New York 10451

Eastern Dist. or
4th Pct Nassau County
Mineola NY 11501

Yours, etc...

_____
CLAIMANT
DRUMMOND WEBSTER

Sworn to before me this
__26__ day of __March__, 20__19__.

_____
NOTARY PUBLIC/COMMISSIONER OF DEEDS

ROSE ADEWUNMI
Registration #01AD6347266
Qualified In Queens County
Commission Expires Aug. 29, 2020

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU: TERM PART

------------------------------------X

DRUMMOND WEBSTER

               CLAIMANT        Claim # 2012009175

4TH pct Nassau County police Dept   NOTICE TO FILE A MOTION OF CLAIM

THE CITY OF NEW YORK            #:_____

------------------------------------X

PLEASE TAKE NOTICE, that the above named claimant DRUMMOND WEBSTER, will move this Court upon the affidavits of MOTION TO FILE A CLAIM, duly sworn on the    day of    2019, and upon any supporting documents, and upon the annexed copy of the proposed Notice of Claim duly verified on the    day of    , 2019, at a Special Term , Part, of the Supreme Courthouse held in and for the County of NASSAU, located at    , on the    dya of    , 2019, at 9:00 o'clock in the forenoon of that day or as thereafter as Counsel can be heard for an ORDER pursuant to General Municipal Law § 50-e(5), granting leave at this time to serve the annexed proposed Notice of Claim, being the statutory period for such service specified in the General Municipal Law § 50-e(5), granting as the releave and for such other relief as this Court may deem just and proper.

    As for the 4th preciant in Nassau Couny jail and Police Department located 4th PRECIANT Nassau Couny, Police Department, Mineola

## STATEMENT OF FACTS

On or about 4:00 o'clock on October 24, 2018 I was pulled over as I was traveling down LYNBROOK LONG ISLAND, and for a failure to use turn signal.

At that juncture I was told By the Officer that I had a warrant, "Parole Warrant" at which time I was taken into custody where I spent from October 24, 2018 to December 05, 2018 at which time I was released. I tried to explain to the Officer that I had "Maxed out on my Parole".

I went to court and was released three day for "time served" however, I was taken back to the facility, at no time did I receive a ticket for a moving violation I was now being detained inwhich on several occassion I explained I maxed Out on my Parole so now I spent 42 more days as I was being Kidnapped against my will at the faccility.

Please Take Notice, that I spoke with the Officers at the fourth pct., to no avail as it went on being ignored. At no time did the 4th pct. request license, registration of any information for my I.D. until at the 4th pct, in Nassau County jail.

I respectfully demand to perserve any and all my rights Civil, Constitutional, Common Law, God-given birth rights and bill of rights, "as de jure" and recourse and remedies under the law.

I wish to be compensated for the sum of $ 500,000.00 dollars for the pain and suffering placed upon me required of trust of this wrong doing.

Uponn returing to Court three (3) days later the Judge then gave this writer "TIME SERVED" and I spoke with the Officers and the jail and no one would try to hear me, so I spent 4½ more days against my will being kidnapped for a Parole Warrant that wasn't correct and the time was completed

ALTERNATIVELY, taken away my first and sixth amendment of the Consititution of life, liberty and pursuit of happiness.

Again, Your Honor, I am unschooled in the matters of law and notice the Court of Enunciation of principles as stated in <u>HAINS v. KERNER (404 U.S. 519)</u> whereas the Court has directed that those who are unschooled in the law making pleadings and /or complaint shall have the court look to the substance of the pleadings rather than the form.

As I do not consent to those proceedings being taken against my will grant request that I am demanding $500,000.00 for this great requirement of lose, and harmony.

PLEASE TAKE NOTICE, that inasmuch as the within motion papers are served upon you at least ten (10) days before the motion returned date heretofore, you are hereby requested to serve answering affidavits, if any, at least five (5) days, before the return date pursuant to Civil Practice Law and Rules.

DATED:          ,2019
NASSAU COUNTY, NEW YORK

*Webster*
DRUMMOND WEBSTER
N.I.C. 1500 Hazen Street
East Elmhurst, New York
11370

II. Facts: SEE ATTACHED PAPERWORK OF CLAIM & AFFIDAVIT

- What happened to you?
- Who did what?
- Was anyone else involved?
- Who else saw what happened?

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

TRAMA LOSS OF PROPERTY PAIN & SUFFERING LOSS OF FAMILY MEMBER LOSS OF FAMILY AIRLOOMS (OVERALL STRESS.)

IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___ No X

Rev. 05/2007

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

NASSAU COUNTY JAIL

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓   ~~No~~   Do Not Know ___

If YES, which claim(s)? THE HOLDING OF ME IN PRISON

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

I EXPLAINED I WAS BEING DETAINED FOR NO REASON

1. Which claim(s) in this complaint did you grieve? BEING DETAINED

2. What was the result, if any? NONE

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

I WROTE TO EVERY DEPARTMENT IN NASSAU COUNTY JAIL

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: THEY TOLD ME THAT THE JAIL DID NOT DEAL WITH PAROLE MATTERS

2. If you did not file a grievance but informed any officials of your claim, state who you

Rev. 05/2007

informed, when and how, and their response, if any: THEY DIDN'T DEAL WITH PAROLE AND NO ONE OF PAROLE DEPT WAS AVAILABLE AT THE JAIL

5. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
ME CALLING HUMAN RESOURCES PAROLE/NASSAU BAR ACCO?

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). $5,000,000.xx FIVE MILLION DOLLARS & MY CAR 2013 CHEVY CRUZE. LOSS OF APARTMENT CLOTHES JEWELRY GLASSES FAMILY AIRLOOMS ELECTRONICS SPOUSES PROPERTY. TRAMA PAIN & SUFFERING.

Rev. 05/2007

5

VI. Previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ✓ No ___

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:
Plaintiff WEBSTER DRUMMOND
Defendants NASSAU COUNTY JAIL

2. Court (if federal court, name the district; if state court, name the county) NASSAU COUNTY JAIL EASTERN

3. Docket or Index number: 19-CV-272(WFK)

4. Name of Judge assigned to your case ___

5. Approximate date of filing lawsuit ___

6. Is the case still pending? Yes ___ No ✓
If NO, give the approximate date of disposition DISMISSED

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) CASE DISMISSED

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
Yes ✓ No ___ THIS ONE

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:
Plaintiff ___
Defendants ___

2. Court (if federal court, name the district; if state court, name the county) ___

3. Docket or Index number ___

4. Name of Judge assigned to your case ___

5. Approximate date of filing lawsuit ___

6. Is the case still pending? Yes ___ No ___
If NO, give the approximate date of disposition ___

Rev. 05/2007

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Webster Drummond 441 1808096
1500 Hazen St E. Elmhurst 11370
(In the space above enter the full name(s) of the plaintiff(s)/petitioners.)

-against-

4TH PCT Nassau County
Mineola NY 11501
Officers 1) John Doe 2) John Doe
3) John Doe 4) John Doe
(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

___ Civ. _____ ( )( )

REQUEST TO PROCEED
IN FORMA PAUPERIS

1. Webster Drummond (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed in forma pauperis and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _____
   _____

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   NONE  ∅
   _____

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   N/A  ∅

   a) Are you receiving any public benefits?   ☒ No.   ☐ Yes. $_____
   b) Do you receive any income from any other source?   ☒ No.   ☐ Yes. $_____

Rev 05/2007