| LAURA CURRAN | | JARED A. KASSCHAU |
|---|---|---|
| County Executive |  | County Attorney |

**COUNTY OF NASSAU**
**OFFICE OF THE COUNTY ATTORNEY**

July 31, 2019

<u>**Via ECF**</u>

Hon. William F. Kuntz II
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Drummond v. 4th Precinct Nassau County Jail, et al.
              <u>CV-19-3193 (WFK) (VMS)</u>

Dear Judge Kuntz:

      This letter is submitted pursuant to this Court's June 19, 2019 Order (DE 7) in which the Office of the County Attorney was requested to ascertain the identities of the "John Doe" defendants described by Plaintiff in his Complaint.

      In that regard, please be informed that Police Officer Adrian Lally was the arresting officer of Webster Drummond on October 24, 2018. The assisting officer was Christopher Stone. Detective Jason Green was the detective assigned to investigate the underlying criminal complaint. Police Officer Raymond Macygin transported the complainant for a show-up. It is not clear whether the show-up related solely to Mr. Drummond's co-defendant, or to both Drummond and his co-defendant.

      With respect to the identity of the Corrections Officer described in the Complaint, there is insufficient information to ascertain who this person is, because in his Complaint Plaintiff states that he attempted to explain his situation on several occasions. (See DE 1 at page 6). Therefore, in order to comply with the Court's directive to identify the Corrections Officer with whom Plaintiff spoke, Mr. Drummond would need to provide additional details.

      We note, however, that Nassau County Correctional Center records contain a letter dated December 3, 2018 from Mr. Drummond in which he claims that his Parole time had been "maxed out." Responses to that letter were sent by Corrections Officers Joseph Olle and Joseph Rothschild, both of whom are assigned to the Records Unit. Each response informed Plaintiff that he was being detained on a Parole violation and advised him to contact the New York State Parole Office to address the matter.

Please be informed that the address for service of process is as follows:

For Police Defendants:

>Nassau County Police Department
>Records Bureau
>1490 Franklin Avenue
>Mineola, New York 11501

For Corrections Officer Defendants:

>Nassau County Correctional Center
>100 Carman Avenue
>East Meadow, New York 11554

It is hoped that the above provides the information requested by the Court in its June 19, 2019 Order (DE 7).

Thank you for your time and attention to this matter.

>Respectfully submitted,
>
>*Liora M. Ben-Sorek*
>Liora M. Ben-Sorek
>Deputy County Attorney

cc: Webster Drummond (Via First-Class Mail)
ID # 441 18 080 96
N.I.C. 1500 Hazen Street
East Elmhurst, New York 11370