AO 440 (Rev. 12/09) Summons in a Civil Action

---

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| Webster Drummond <br> *Plaintiff* <br> v. <br> Police Officer Adrian Lally; et. al. <br> *Defendant* | Civil Action No. 2: 19-CV-3193 (WFK)(VMS) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

       See Attached

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) XXXXX 6r 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      Webster Drummond
      # 4411808096
      Mid-State Correctional Facility
      P.O. Box 2500
      Marcy, NY 13403

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*



Date: 10/14/2020

/S/ W. Latka-Mucha
*Signature of Clerk or Deputy Clerk*

19-CV-3193 (WFK)(WMS)

1. Police Officer Adrian Lally
   Nassau County Police Department
   Records Bureau
   1490 Franklin Avenue
   Mineola, NY 11501

2. Police Officer Christopher Stone
   Nassau County Police Department
   Records Bureau
   1490 Franklin Avenue
   Mineola, NY 11501

3. Detective Jason Green
   Nassau County Police Department
   Records Bureau
   1490 Franklin Avenue
   Mineola, NY 11501

4. Police Officer Raymond Macygin
   Nassau County Police Department
   Records Bureau
   1490 Franklin Avenue
   Mineola, NY 11501

5. Correction Officer Joseph Olle
   Nassau County Correctional Center
   100 Carman Avenue
   East Meadow, NY 11554

6. Correction Officer Joseph Rothschild
   Nassau County Correctional Center
   100 Carman Avenue
   East Meadow, NY 11554