**LAURA CURRAN**
County Executive

**JOHN B. CHIARA**
Acting County Attorney



### COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

Webster Drummond
181-02 143rd Avenue,
Springfield Gardens, NY 11413

October 15, 2021

       Re: 2:19-cv-03193-WFK-VMS
       *Drummond v. PO Lally, et al.*

Dear Mr. Drummond:

       Please find the County's Motion for Summary Judgment attached consisting of the following:

- Notice of Motion
- Notice to Pro Se Litigant per Local Rule 56.2 (with copies of Rule 56 and Local Rule 56.1) – see pdf in the file folder
- Rule 56.1 Statement of Facts
- Declaration of Deputy County Attorney, Brian M. Libert
- Exhibits A, B, C and D
- Memorandum of Law

                                 Very Truly Yours,

                                 *Brian M. Libert*
                                 Brian M. Libert
                                 JOHN B. CHIARA
                                 Acting County Attorney